UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNETTE RODNEY,<br><br>  Plaintiff,<br><br>v.<br><br>CLARITY SERVICES, INC.,<br><br>  Defendant. | Case No. 5:24-cv-02670-SB-DTB<br><br>ORDER OF DISMISSAL |

   Plaintiff filed this action on December 18, 2024, raising claims under the Fair Credit Reporting Act and state law, and requested to proceed in forma pauperis. Dkt. Nos. 1, 4. On January 16, 2025, upon screening the complaint under 28 U.S.C. § 1915(e)(2), the Court found Plaintiff failed to state a claim and dismissed the complaint with leave to file an amended complaint by February 7, 2025. Dkt. No. 10. The Court warned that failing to file by that date "will be construed as consent to dismissal of the case without prejudice." *Id.* at 3. The deadline has passed, and Plaintiff has not filed an amended complaint. Accordingly, as warned, this action is dismissed without prejudice.

Date: February 14, 2025

Stanley Blumenfeld, Jr.
United States District Judge

1